

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAWN DAVID JOHNSON,

    Defendant.

8:22CR280

INDICTMENT
18 U.S.C. § 922(g)(1)

The Grand Jury charges that:

## COUNT I

On or about February 2, 2022, in the District of Nebraska, Defendant SHAWN DAVID JOHNSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Attempt of a Class 3 or 3a Felony, knowingly possessed a Diamondback Model DB9 9mm handgun, Serial# YMO369 which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                          THOMAS J. KANGIOR
                          Assistant United States Attorney