IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:22CR280** |
| vs. | ) | |
| **SHAWN DAVID JOHNSON,** | ) | **ORDER** |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [27]. Counsel needs additional time to negotiate a resolution short of a trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [27] is granted, as follows:

1. The jury trial now set for July 25, 2023, is continued to **September 26, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 26, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The Final Trial Order [Filing No. 26] is vacated.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: July 18, 2023.

BY THE COURT:

s/ Michael D. Hansen
**United States Magistrate Judge**